UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| DAVID KUZNETSOV, | ) | CASE NO. C07-0858-MJP |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | REPORT AND RECOMMENDATION |
| | ) | |
| NEIL CLARK, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

On June 5, 2007, petitioner David Kuznetsov, proceeding through counsel, filed Petition for Writ of Habeas Corpus and Request for Immediate Release from Detention pursuant to 28 U.S.C. § 2241, challenging his continued detention without bond by the U.S. Immigration and Customs Enforcement ("ICE"). (Dkt. #1). Respondents were served with the petition and on July 11, 2007, filed a Return Memorandum and Motion to Dismiss. (Dkt. #12). Petitioner subsequently filed a response, respondents filed a reply, and petitioner filed a surreply. (Dkts. #15, 16, and 17). On August 31, 2007, however, petitioner filed a Notice of Release from Detention, indicating that the Immigration Judge had approved his application for a section 212(c) waiver and that he had been released from detention. (Dkt. #18).

01   For a federal court to have jurisdiction, "an actual controversy must exist at all stages of
02 the litigation." *Biodiversity Legal Foundation v. Badgley*, 309 F.3d 1166, 1173 (9th Cir. 2002).
03 "When a controversy no longer exists, the case is moot."  *Id*.  Because the Immigration Judge
04 granted petitioner relief and he is no longer detained, the Court finds that petitioner's habeas
05 petition should be dismissed as moot. *See, e.g., Cooney v. Edwards*, 971 F.2d 345, 346 (9th Cir.
06 1992) (holding that the District Court properly dismissed plaintiff's claims that had become either
07 moot or unripe).  Accordingly, I recommend that this matter be dismissed without prejudice.  A
08 proposed Order accompanies this Report and Recommendation.

   DATED this 12th day of September, 2007.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2