FILED ___ ENTERED
LODGED ___ RECEIVED

OCT 15 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID KUZNETSOV, | CASE NO. C07-0858-MJP |
| Petitioner, | |
| v. | ORDER OF DISMISSAL |
| NEIL CLARK, et al., | |
| Respondents. | |

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition, all papers and exhibits in support and in opposition to that petition, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's § 2241 petition is DISMISSED without prejudice; and

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

DATED this 15 day of Oct., 2007.

MARSHA J. PECHMAN
United States District Judge

ORDER OF DISMISSAL
PAGE -1

07-CV-00858-ORD